**Dismiss and Opinion Filed July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00623-CV

### FELICIA ATLAS, Appellant
### V.
### GSI MANAGEMENT, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01918-D**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

By letter dated May 15, 2015, the Court directed appellant to pay the filing fee for the appeal within ten days. On July 15, 2015, we notified appellant that the Dallas County District Clerk had informed us no payment had been made for the clerk's record. We directed appellant to file, within ten days, written verification that she had either paid or made payment arrangements for the clerk's record or that she was entitled to proceed without payment for the record. We warned that failure to do so would result in dismissal of the appeal. Appellant has not responded to either letter, the filing fee has not been paid, and the clerk's record has not been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(a).


150623F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FELICIA ATLAS, Appellant

No. 05-15-00623-CV        V.

GSI MANAGEMENT, LLC, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-15-01918-D.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellee GSI Management, LLC recover its costs of this appeal from appellant Felicia Atlas.

Judgment entered July 31, 2015.